Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8368 | **DATE** | 12/15/2011 |
| **CASE TITLE** | Michael S White vs. Michael J. Astrue | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for leave to proceed in forma pauperis [4] is denied. Plaintiff is given until January 11, 2012 to file thebelow-referenced motion and the memorandum. If Plaintiff is unable to provide the above information, Plaintiff is given until January 11, 2012 to pay the filing fee. Plaintiff is warned that failure to file the above-referenced motion and memorandum by January 11, 2012, or failure to pay the filing fee by January 11, 2012 will result in the dismissal of the instant action.

■[ For further details see text below.]　　　　　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

## STATEMENT

　　　　This matter is before the court on Plaintiff Michael S. White's (White) motion for leave to proceed *in forma pauperis*. White indicates on his *in forma pauperis* application form that he has not been employed since 2007 and that, with the exception of $625, neither he nor anyone living in his household has received more than $200 income from any source in the past twelve months. (IFP Par. 2, 4). White also indicates that neither he nor anyone living in his household have any significant assets. (IFP Par. 5-9). White has not shown how he acquires the necessities of life under such circumstances. The court therefore denies White's motion for leave to proceed *in forma pauperis*.

　　　　However, the court will give White an opportunity to provide sufficiently detailed information concerning his financial status. If White wishes to proceed with this action, White should file a new *in forma pauperis* application together with a memorandum in the form of an affidavit indicating all income that White or anyone residing in his household receives, the sources of such income, all valuable assets owned by White or members of his household, and all expenses for White and members of his household, including supporting documents. In addition, the affidavit should include a statement by White as to how he acquires the necessities of life. White is given until January 11, 2012 to file the above-referenced motion and the

| STATEMENT |
|---|
| memorandum. If White is unable to provide the above information, White is given until January 11, 2012 to pay the filing fee. White is warned that failure to file the above-referenced motion and memorandum by January 11, 2012, or failure to pay the filing fee by January 11, 2012 will result in the dismissal of the instant action. |