IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL S. WHITE, )<br>SSN – XXX-XX-XXXX, )<br>    Plaintiff )<br> )<br>V. )<br> )<br> )<br>MICHAEL J. ASTRUE, )<br>THE COMMISSIONER OF THE SOCIAL )<br>SECURITY ADMINISTRATION, )<br> )<br>    Defendant ) | Case No. 11 C 8368<br><br>MAG. JUDGE: Sheila M. Finnegan |

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
FOR JUDICIAL REVIEW OF DEFENDANT'S DECISION

  Now Comes Plaintiff, Michael S. White, by and through his attorney, Stuart H. Galesburg, and prays to this Honorable Court to Grant Summary Judgment in favor of Plaintiff, and against Defendant, in the instant complaint for Judicial Review, of a Final Decision of Defendant for the following reasons:

  1. Plaintiff maintains, that the Decision of the ALJ, dated May 6, 2010, which has become the final decision of Defendant, is not supported by substantial evidence of the 561 page record.

  2. Further, Plaintiff asserts that aforementioned Decision, is contrary to the Social Security Act, and Code of Federal Regulations, as set forth in the Plaintiff's brief filed in support of his motion.

  WHEREFORE, Plaintiff prays to this Honorable Court, for the relief prayed for above.

-2-

Respectfully submitted,
By: /s/ Stuart H. Galesburg
Stuart H. Galesburg
221 N. La Salle St., Suite 2017
Chicago, Illinois 60601
312.372.2990, 847.982.0110
stuart.galesburg@comcast.net